EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 0 1 2004
at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04-00251 DAE |
| Plaintiff, | INDICTMENT |
| vs. | Counts 1-4: 18 U.S.C. § 2113(a) |
| RYAN G. PIIOHIA, | |
| Defendant. | |

**INDICTMENT**

**COUNT 1**
(18 U.S.C. § 2113(a))

The Grand Jury charges that:

On or about May 26, 2004, in the District of Hawaii, the defendant RYAN G. PIIOHIA, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of American Savings Bank, Kalihi Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 2
(18 U.S.C. § 2113(a))

The Grand Jury further charges that:

On or about June 1, 2004, in the District of Hawaii, the defendant RYAN G. PIIOHIA, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of City Bank, Kaneohe Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 3
(18 U.S.C. § 2113(a))

The Grand Jury further charges that:

On or about June 14, 2004, in the District of Hawaii, the defendant RYAN G. PIIOHIA, by intimidation, did take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Central Pacific Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 4
(18 U.S.C. § 2113(a))

The Grand Jury further charges that:

On or about June 21, 2004, in the District of Hawaii, the defendant RYAN G. PIIOHIA, by intimidation, did take from the person and presence of another money belonging to, and in the

care, custody, control, management, and possession of Hawaii National Bank, Kailua Branch, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

DATED: _July 1, 2004_, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_[signature]_
RONALD G. JOHNSON
Assistant U.S. Attorney

_[signature]_
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. RYAN G. PIIHOIA
Cr. No.         (Indictment)